**UNITED STATES of America, Plaintiff–Appellee**

v.

**Fabian ECHARTEA–ALVARADO, Defendant–Appellant.**

**No. 15–40030**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

March 18, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Omar Weaver Rosales, Rosales Law Firm, L.L.C., Harlingen, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

term or condition of her employment, we do

PER CURIAM: *

The attorney appointed to represent Fabian Echartea–Alvarado has moved for leave to withdraw and has filed a brief and a supplemental brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Echartea–Alvarado has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.